UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 16-30820 |
| | ) | |
| McCORKLE CONCRETE, INC., | ) | Chapter 7 |
| | ) | |
| _____ Debtor. _____ | ) | |

## MOTION OF STEVENSON-WEIR, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. §503(b)(1)

Stevenson-Weir, Inc. ("Stevenson-Weir"), by and through its undersigned counsel, hereby requests the entry of an order, pursuant to 11 U.S.C. §503(b)(1), allowing and paying it an administrative expense in the amount of $41,915.86. In support of this motion, Stevenson-Weir states as follows:

1.      On May 18, 2016 (the "Petition Date"), the above-captioned debtor McCorkle Concrete, Inc. ("McCorkle Concrete" or "the Debtor") filed a voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina.

2.      McCorkle Concrete's Chapter 11 case was converted to one under Chapter 7 of the Bankruptcy Code by order of this Court entered on November 28, 2016. [Dkt. 87] A. Cotten Wright is the appointed and acting Chapter 7 Trustee for McCorkle Concrete's estate.

3.      A Notice of Possible Dividends was issued to creditors on December 15, 2016. Stevenson-Weir has filed a proof of claim in this case, on March 6, 2017. [Claims Register 42] Through the proof of claim, Stevenson-Weir asserts a claim in the amount of $41,915.86; a copy is attached for convenience as Exhibit A and incorporated by reference.

4.      As set forth in the proof of claim, Stevenson-Weir provided ready mixed concrete, aggregates and freight services to the Debtor over a period of time beginning September 1, 2016, and ending November 15, 2016 ("the Goods"). The Goods have a total value of $41,915.86, and were sold to the Debtor in the ordinary course of business, pursuant to unsecured credit extended by Stevenson-Weir to the Debtor during the Chapter 11.

5.      Pursuant to 11 U.S.C. §364(a), Stevenson-Weir is thus entitled to an administrative expense claim in the amount of $41,915.86, relating to the Goods.

6.      Upon payment of the administrative expense claim to Stevenson-Weir in good funds, Stevenson-Weir's claim as set forth in the Proof of Claim will be paid in full. Stevenson-Weir therefore consents to the entry of an Order marking as satisfied the Proof of Claim after receipt of payment.

7.      Upon the entry of any approving order, Stevenson-Weir requests that the Trustee pay it the amount due on the Administrative Expense in accordance with the priority set out in §507 of the Bankruptcy Code.

WHEREFORE, Stevenson-Weir respectfully requests the entry of an Order:

1.      allowing it an administrative expense in the amount of $41,915.86 pursuant to §503(b)(1) of the Bankruptcy Code;

2.      directing the Trustee to pay Stevenson-Weir's administrative expense claim prior to the holders of claims that are junior in priority to its claim, pursuant to §507 of the Bankruptcy Code; and

3.      granting such other and further relief as may be just and proper.

This the ___ day of March, 2017.

Heather W. Culp
NC Bar No. 30386
Attorney for Stevenson-Weir, Inc.
Essex Richards, P.A.
1701 South Boulevard
Charlotte, North Carolina 28203
Telephone: (704) 377-4300
Facsimile: (704) 372-1357
E-mail: hculp@essexrichards.com

2

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 16-30820 |
| | ) | |
| McCORKLE CONCRETE, INC., | ) | Chapter 7 |
| | ) | |
| _____Debtor._____ | ) | |

**NOTICE OF MOTION FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §503(b)(1)
AND NOTICE OF HEARING**

**TAKE NOTICE** that creditor Stevenson-Weir, Inc. has filed a Motion for Allowance and Payment of Administration Claim Pursuant to 11 U.S.C. §503(b)(1).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant relief sought in the motion or objection, or if you want the court to consider your views on the matter, then on or before **March 21, 2017** you or your attorney must:

1.      File with the court a written request for a hearing or, if the court requires a written response, file an answer, explaining your position with the Clerk, U. S. Bankruptcy Court, 401 W. Trade Street, Room 111, Charlotte, NC 28202.

If you mail your request or response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

2.      On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:

| | |
|---|---|
| Heather W. Culp | U.S. Bankruptcy Administrator |
| Essex Richards, P.A. | Western District of North Carolina |
| 1701 South Blvd. | Room 200, 402 W. Trade Street |
| Charlotte, NC 28203 | Charlotte, NC 28202-1669 |

3.      Attend hearing scheduled to be held **April 3, 2017 at 9:30 a.m.** at the United States Bankruptcy Court, Charles Jonas Federal Building, 401 W. Trade Street, Charlotte, NC 28202.

Take other steps required to oppose a motion or objection under local rule or court order.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

3

This the ___6___ day of March, 2017.

Heather W. Culp
NC Bar No. 30386
Counsel for Stevenson-Weir, Inc.
Essex Richards, P.A.
1701 South Boulevard
Charlotte, North Carolina 28203
Telephone: (704) 377-4300
Facsimile: (704) 372-1357
E-mail: hculp@essexrichards.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on the _6_ day of March, 2017, I electronically filed **MOTION OF STEVENSON-WEIR, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. §503(b)(1) and NOTICE OF HEARING** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following parties:

A. Cotten Wright, Trustee
U.S. Bankruptcy Administrator
James H. Henderson, Attorney for McCorkle Concrete, Inc.
Robert G. Quilia, Attorney for Commercial Credit Group, Inc.
Pamela P. Kennan, Attorney for Form Tech Concrete Forms, Inc.
Brian R. Anderson, Attorney for Concrete Supply Co., LLC and
    Cemex Construction Materials Atlantic, LLC
Holmes P. Harden, Attorney for Caterpillar Financial Services Corporation
Kristin D. Ogburn, Attorney for Ford Motor Credit Company
Jeffrey M. Reichard, Attorney for Concrete Supply Co., LLC
Stacy C. Cordes, Attorney for R.J. Leeper Construction, LLC
Pamela P. Keenan, Attorney for Ally Financial, Inc.
Michael F. Schultze, Attorney for The Rowboat Company, Inc.

I further certify that the **MOTION OF STEVENSON-WEIR, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. §503(b)(1) and NOTICE OF HEARING** were served on the following parties listed below by mailing a copy of the same in an envelope addressed to each party with proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service on March 6, 2017.

Stevenson-Weir, Inc.
1523 S. Anderson Road
Rock Hill, SC 29730

_____
Heather W. Culp
NC Bar No. 30386
Counsel for Stevenson-Weir, Inc.
Essex Richards, P.A.
1701 South Boulevard
Charlotte, North Carolina 28203
Telephone: (704) 377-4300
Facsimile: (704) 372-1357
E-mail: hculp@essexrichards.com

5

United States Bankruptcy Court Western District of North Carolina

Successful verification ...

Your claim was successfully filed in case number 16-30820.
Your claim number is 42.

Open in new window: Click 42 to view/print your filed claim.

*Note: Any attachment(s) added will NOT be available
to view/print unless you have a Pacer account.*

File additional claims



*Chapter 11 Cost of Administration*

---

**Fill in this information to identify the case:**

Debtor 1   **McCorkle Concrete, Inc.**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Western District of North Carolina

Case number   **16-30820**

---

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

**1. Who is the current creditor?**

Stevenson-Weir, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Stevenson-Weir, Inc.
Name

1523 S. Anderson Road
Number     Street

Rock Hill          SC        29730
City              State      ZIP Code

Contact phone  803-328-3773

Contact email  daniel@stevenson-weir.com

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number       Street

_____
City            State       ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____ / _____ / _____
          MM   /  DD   /  YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

---

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___  ___  ___  ___

---

**7. How much is the claim?**   $_____41,915.86. Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Ready Mixed Concrete, Aggregates and Freight (see attached)

---

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                                  $_____

Amount of the claim that is secured:      $_____

Amount of the claim that is unsecured:  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

---

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

---

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | | |
|---|---|---|---|
| | ☑ Yes. *Check one:* | | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☑ Other. Specify subsection of 11 U.S.C. § 507(a)(_2_) that applies. | | $_____ 41,915.86 |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

FRBP 9011

I declare under ~~penalty of perjury~~ that the foregoing is true and correct.

Executed on date  03/06/2017
                  MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | Heather W. Culp | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney for Claimant | | |
| Company | Essex Richards, P.A. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1701 South Boulevard | | |
| | Number   Street | | |
| | Charlotte | NC | 28203 |
| | City | State   ZIP Code | |
| Contact phone | 704-377-4300 | Email hculp@essexrichards.com | |

**Stevenson-Weir Inc.**

1523 S. Anderson Road
Rock Hill, SC 29730

**STATEMENT**

| Statement Date |
|---|
| 1/3/2017 |

Phone: (803) 328-3773   Fax: (803) 327-5822

McCorkle Concrete  M
Eric McCorkle
11301 Reames Rd
Charlotte, NC  28269

| Terms |
|---|
| Net 30 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 09/01/2016 | INV #211615. Due 10/01/2016. Orig. Amount $841.02. | 428.78 | 428.78 |
| 09/16/2016 | INV #0307347. Due 10/16/2016. Orig. Amount $1,492.86. | 1,492.86 | 1,921.64 |
| 09/22/2016 | INV #212052. Due 10/22/2016. Orig. Amount $6,339.75. | 6,339.75 | 8,261.39 |
| 09/22/2016 | INV #212053. Due 10/22/2016. Orig. Amount $6,339.75. | 6,339.75 | 14,601.14 |
| 09/23/2016 | INV #0307424. Due 10/23/2016. Orig. Amount $505.49. | 505.49 | 15,106.63 |
| 09/29/2016 | INV #0307521. Due 10/29/2016. Orig. Amount $83.00. | 83.00 | 15,189.63 |
| 09/29/2016 | INV #0307522. Due 10/29/2016. Orig. Amount $1,470.94. | 1,470.94 | 16,660.57 |
| 09/29/2016 | INV #0307523. Due 10/29/2016. Orig. Amount $511.66. | 511.66 | 17,172.23 |
| 09/30/2016 | INV #0307575. Due 10/30/2016. Orig. Amount $979.00. | 979.00 | 18,151.23 |
| 10/13/2016 | INV #212517. Due 11/12/2016. Orig. Amount $18,892.46. | 18,892.46 | 37,043.69 |
| 10/14/2016 | INV #0307792. Due 11/13/2016. Orig. Amount $350.20. | 350.20 | 37,393.89 |
| 10/21/2016 | INV #0307885. Due 11/20/2016. Orig. Amount $496.62. | 496.62 | 37,890.51 |
| 11/04/2016 | INV #0308120. Due 12/04/2016. Orig. Amount $506.73. | 506.73 | 38,397.24 |
| 11/08/2016 | INV #0308182. Due 12/08/2016. Orig. Amount $504.01. | 504.01 | 38,901.25 |
| 11/08/2016 | INV #0308183. Due 12/08/2016. Orig. Amount $1,646.10. | 1,646.10 | 40,547.35 |
| 11/15/2016 | INV #213255. Due 12/15/2016. Orig. Amount $1,368.51. | 1,368.51 | 41,915.86 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Total | $41,915.86 |
|---|---|---|---|---|---|
| 0.00 | 4,025.35 | 19,739.28 | 18,151.23 | | |

**\*\*PLEASE REFERENCE
INVOICE #S ON CHECK
\*\*ACCOUNT BALANCES
PAID BY CREDIT CARDS
WILL  HAVE A 2%
SERVICE CHARGE ADDED.**

PAYMENT DUE 10TH OF MONTH FOLLOWING STATEMENT.
FINANCE CHARGE OF 1.5% PER MONTH AFTER 30 DAYS ON
UNPAID BALANCE.



**Stevenson-Weir Inc.**

1523 S. Anderson Rd
Rock Hill, SC 29730

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/1/2016 | 211615 |

**Ship To**

1448 DOBYS BRIDGE RD

**Bill To**

MCCORKLE CONCRETE  (M)
ERIC MCCORKLE
11301 REAMES RD
CHARLOTTE, NC 28269

| Terms | P.O. No. |
|-------|----------|
| Net 30 | |

| Ticket# | Qty | Item | Description | Price Per | Amount |
|---------|-----|------|-------------|-----------|--------|
| | 6 | 30C2P | 3000PSI COMMERCIAL 2" PUMP (Ticket: 45527) | 131.00 | 786.00T |

Paid $412.24  10/18/16  #1149

Balance - $428.78

Thank you for your business.

| Subtotal | $786.00 |
|----------|---------|
| Sales Tax  (7.0%) | $55.02 |
| Total | $841.02 |

| E-mail |  |
|--------|--|
| treva@stevenson-weir.com | |

| Phone # | Fax # |
|---------|-------|
| 803-328-3773 | 803-327-5822 |

Customer Signature

Page: 1



**Stevenson-Weir Inc.**

1523 South Anderson Rd, Rock Hill, SC 29730
Phone: 803.328.3773

Date: 09/16/16
Invoice No: 0307347
Account No:    39
Job: 001447-0007    MCCORKLE

McCorkle Concrete (M)
11301 REAMES RD
CHARLOTTE, NC 28269

To: WHISPERING HILLS
704-494-0174
LOCUST, NC

Commodity: Crusher Run Stone

Terms: NET 30

| Date | Frt Bill No | Dump Loc | Truck | PO Number | Net Weight | Quantity | Units | Rate | Amount |
|------|-------------|----------|-------|-----------|------------|----------|-------|------|--------|
| 09/15/16 | 1056222 | LOT 22 ABC-S | SW19 | | | 20.580 | Tons | 23.0000 | 473.34 |
| 09/15/16 | 8551311 | LOT 66 ABC-S | SW19 | | | 20.040 | Tons | 23.0000 | 460.92 |
| 09/15/16 | 8551316 | LOT 67 ABC-S | SW19 | | | 20.040 | Tons | 23.0000 | 460.92 |
| | | Sub Total Cabarrus NC | | | | 60.660 1,395.180 | Tons | 7.0000 | 1,395.18 97.68 |

| 24.61 / Ton | | | | Please Pay This Amount | 1,492.86 |
|-------------|--|--|--|------------------------|----------|

005415

# Stevenson-Weir Inc.

1523 S. Anderson Rd
Rock Hill, SC  29730

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/22/2016 | 212052 |

**Ship To**

3585 RHONDA DR

**Bill To**

MCCORKLE CONCRETE  (M)
ERIC MCCORKLE
11301 REAMES RD
CHARLOTTE, NC 28269

| Terms | P.O. No. |
|-------|----------|
| Net 30 | LOT |

| Ticket# | Qty | Item | Description | Price Per | Amount |
|---------|-----|------|-------------|-----------|--------|
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 47330) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 47337) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 47343) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 47367) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 47372) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |

**Thank you for your business.**

| | |
|---|---|
| Subtotal | $5,925.00 |
| Sales Tax  (7.0%) | $414.75 |
| Total | $6,339.75 |

**E-mail**

treva@stevenson-weir.com

| Phone # | Fax # |
|---------|-------|
| 803-328-3773 | 803-327-5822 |

Customer Signature



**Stevenson-Weir Inc.**

1523 S. Anderson Rd
Rock Hill, SC  29730

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/22/2016 | 212053 |

| Ship To |
|---------|
| 3557 RHONDA DR |

| Bill To |
|---------|
| MCCORKLE CONCRETE  (M)<br>ERIC MCCORKLE<br>11301 REAMES RD<br>CHARLOTTE, NC 28269 |

| Terms | P.O. No. |
|-------|----------|
| Net 30 | LOT |

| Ticket# | Qty | Item | Description | Price Per | Amount |
|---------|-----|------|-------------|-----------|--------|
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 47332) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 47340) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 47346) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 47349) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 47371) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |

**Thank you for your business.**

| | |
|---|---|
| Subtotal | $5,925.00 |
| Sales Tax  (7.0%) | $414.75 |
| Total | $6,339.75 |

| E-mail |
|--------|
| treva@stevenson-weir.com |

| Phone # | Fax # |
|---------|-------|
| 803-328-3773 | 803-327-5822 |

| Customer Signature |
|--------------------|

Page: 1



## Stevenson-Weir Inc.

1523 South Anderson Rd, Rock Hill, SC 29730
Phone: 803.328.3773

Date: 09/23/16
Invoice No: 0307424
Account No:   39

Job: 001447-0009   SADDLEBROOK

McCorkle Concrete (M)
11301 REAMES RD
CHARLOTTE, NC 28269

To: SADDLEBROOK
704-494-0174
MIDLAND, NC

Commodity: Crusher Run Stone

Terms: NET 30

| Date | Frt Bill No | Dump Loc | Truck | PO Number | Net Weight | Quantity | Units | Rate | Amount |
|------|-------------|----------|-------|-----------|------------|----------|-------|--------|--------|
| 09/21/16 | 201808 | LOT 90 | SW26 | | | 20.540 | Tons | 23.0000 | 472.42 |
| | | FILL MATERIAL | | | | | | | |
| | | | Sub Total | | | 20.540 | Tons | | 472.42 |
| | | | Cabarrus NC | | | 472.420 | | 7.0000 | 33.07 |
| | 24.61 / Ton | | | | | | Please Pay This Amount | | 505.49 |

BB3415



Page: 1



### Stevenson-Weir Inc.

1523 South Anderson Rd, Rock Hill, SC 29730
Phone: 803.328.3773

Date: 09/29/16
Invoice No: 0307521
Account No:    39

Job: 001447-0006   MCCORKLE
5025 CRANDON RD

McCorkle Concrete (M)
11301 REAMES RD
CHARLOTTE, NC 28269

To: Martin Marietta Arrowood
11325 Texland Boulevard
Charlotte, NC 28273

Commodity: TRUCK AND DRIVER REN
Terms: NET 30

| Date | Frt Bill No | Dump Loc | Truck | PO Number | Net Weight | Quantity | Units | Rate | Amount |
|------|-------------|----------|-------|-----------|------------|----------|-------|------|--------|
| 09/27/16 | 38355 | | SW7 | | | 1.000 | Tons | 83.0000 | 83.00 |
| | | Sub Total | | | | 1.000 | Tons | | 83.00 |
| | 83.00 / Ton | | | | | | Please Pay This Amount | | 83.00 |

6A3415

Page: 1



## Stevenson-Weir Inc.

1523 South Anderson Rd, Rock Hill, SC 29730
Phone: 803.328.3773

Date: 09/29/16
Invoice No: 0307522
Account No  39
Job: 001447-0007  MCCORKLE

McCorkle Concrete (M)
11301 REAMES RD
CHARLOTTE, NC 28269

To: WHISPERING HILLS
704-494-0174
LOCUST, NC

Commodity: Crusher Run Stone
Terms: NET 30

| Date | Frt Bill No | Dump Loc | Truck | PO Number | Net Weight | Quantity | Units | Rate | Amount |
|------|-------------|----------|-------|-----------|------------|----------|-------|------|--------|
| 09/27/16 | 8551742 | LOT 22 | SW26 | | | 20.080 | Tons | 23.0000 | 461.84 |
| | | PROCESSED PIT | | | | | | | |
| 09/28/16 | 8551784 | LOT 68 | SW19 | | | 19.630 | Tons | 23.0000 | 451.50 |
| | | PROCESSED PIT | | | | | | | |
| 09/28/16 | 8551792 | LOT 25 | SW19 | | | 20.060 | Tons | 23.0000 | 461.38 |
| | | PROCESSED PIT | | | | | | | |
| | | | Sub Total | | | 59.770 | Tons | | 1,374.72 |
| | | | Cabarrus NC | | | 1,374.720 | | 7.0000 | 96.22 |

| 24.61 / Ton | | | | | | | Please Pay This Amount | | 1,470.94 |

035415



**Stevenson-Weir Inc.**

1523 South Anderson Rd, Rock Hill, SC 29730
Phone: 803.328.3773

Page: 1

Date: 09/29/16
Invoice No: 0307523
Account No:    39

Job: 001447-0009   SADDLEBROOK

McCorkle Concrete (M)
11301 REAMES RD
CHARLOTTE, NC 28269

To: SADDLEBROOK
704-494-0174
MIDLAND, NC

Commodity: Crusher Run Stone

Terms: NET 30

| Date | Frt Bill No | Dump Loc | Truck | PO Number | Net Weight | Quantity | Units | Rate | Amount |
|------|-------------|----------|-------|-----------|------------|----------|-------|------|--------|
| 09/26/16 | 8551719 | | SW26 | | | 20.790 | Tons | 23.0000 | 478.18 |
| | | PROCESSED PIT | | | | | | | |
| | | | Sub Total | | | 20.790 | Tons | | 478.18 |
| | | | Cabarrus NC | | | 478.180 | | 7.0000 | 33.48 |
| | 24.61 / Ton | | | | | | Please Pay This Amount | | 511.66 |

005415



Page: 1



# Stevenson-Weir Inc.

1523 South Anderson Rd, Rock Hill, SC 29730
Phone: 803.328.3773

Date: 09/30/16
Invoice No: 0307575
Account No:    39

Job: 001447-0007  MCCORKLE

McCorkle Concrete (M)
11301 REAMES RD
CHARLOTTE, NC 28269

To: WHISPERING HILLS
704-494-0174
LOCUST, NC

Commodity: Crusher Run Stone

Terms: NET 30

| Date | Frt Bill No | Dump Loc | Truck | PO Number | Net Weight | Quantity | Units | Rate | Amount |
|------|-------------|----------|-------|-----------|------------|----------|-------|------|--------|
| 09/30/16 | 1057405 | LOT 63 ABC-S | SW26 | | | 20.770 | Tons | 23.0000 | 477.72 |
| 09/30/16 | 8551983 | LOT 29 PROCESSED PIT | SW26 | | | 19.010 | Tons | 23.0000 | 437.24 |
| | | Sub Total | | | | 39.780 | Tons | | 914.96 |
| | | Cabarrus NC | | | | 914.960 | | 7.0000 | 64.04 |

24.61 / Ton

Please Pay This Amount        979.00

G2845



**Stevenson-Weir Inc.**

1523 S. Anderson Rd
Rock Hill, SC 29730

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/13/2016 | 212517 |

**Ship To**

311,303,305 RESERVATION RD

**Bill To**

MCCORKLE CONCRETE  (M)
ERIC MCCORKLE
11301 REAMES RD
CHARLOTTE, NC 28269

| Terms | P.O. No. |
|-------|----------|
| Net 30 | |

| Ticket# | Qty | Item | Description | Price Per | Amount |
|---------|-----|------|-------------|-----------|--------|
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 49054) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 49056) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 49058) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 49062) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 49072) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 49079) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 49085) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 49088) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 49097) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 49101) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 49109) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 49111) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 49117) | 113.00 | 1,130.00T |

Thank you for your business.

| | |
|-|-|
| **Subtotal** | |
| **Sales Tax  (7.0%)** | |
| **Total** | |

| E-mail |
|--------|
| treva@stevenson-weir.com |

| Phone # | Fax # |
|---------|-------|
| 803-328-3773 | 803-327-5822 |

Customer Signature



**Stevenson-Weir Inc.**

1523 S. Anderson Rd
Rock Hill, SC  29730

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/13/2016 | 212517 |

**Ship To**

311,303,305 RESERVATION RD

**Bill To**

MCCORKLE CONCRETE  (M)
ERIC MCCORKLE
11301 REAMES RD
CHARLOTTE, NC 28269

| Terms | P.O. No. |
|-------|----------|
| Net 30 | |

| Ticket# | Qty | Item | Description | Price Per | Amount |
|---------|-----|------|-------------|-----------|--------|
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 10 | 30BS | 3000PSI BLENDED SLAB (Ticket: 49124) | 113.00 | 1,130.00T |
| | 10 | FIBER | FIBER | 5.50 | 55.00T |
| | 9 | 30BS | 3000PSI BLENDED SLAB (Ticket: 49129) | 113.00 | 1,017.00T |
| | 9 | FIBER | FIBER | 5.50 | 49.50T |

Thank you for your business.

| | |
|---|---|
| Subtotal | $17,656.50 |
| Sales Tax  (7.0%) | $1,235.96 |
| Total | $18,892.46 |

**E-mail**

treva@stevenson-weir.com

| Phone # | Fax # |
|---------|-------|
| 803-328-3773 | 803-327-5822 |

Customer Signature



**Page: 1**

## Stevenson-Weir Inc.

1523 South Anderson Rd, Rock Hill, SC 29730
Phone: 803.328.3773

Date: 10/14/16
Invoice No: 0307792
Account No:    39

Job: 001447-0005  MCCORKLE
HANBERRY BLVD

McCorkle Concrete (M)
11301 REAMES RD
CHARLOTTE, NC 28269

To: Martin Marietta Charlotte

Commodity: TRUCK AND DRIVER REN
Terms: NET 30

| Date | Frt Bill No | Dump Loc | Truck | PO Number | Net Weight | Quantity | Units | Rate | Amount |
|------|-------------|----------|-------|-----------|------------|----------|-------|--------|--------|
| 10/12/16 | 32103 | | SW14 | | 4.000 | 4.120 | Hours | 85.0000 | 350.20 |
| | | | Sub Total | | 4.000 | 4.120 | Hours | | 350.20 |

| 350.20 / Ton | | Please Pay This Amount | 350.20 |

BS8415

Page: 1




## Stevenson-Weir Inc.

1523 South Anderson Rd, Rock Hill, SC 29730
Phone: 803.328.3773

Date: 10/21/16
Invoice No: 0307885
Account No:   39
Job: 001447-0007   MCCORKLE

McCorkle Concrete (M)
11301 REAMES RD
CHARLOTTE, NC 28269

To: WHISPERING HILLS
704-494-0174
LOCUST, NC

Commodity: Crusher Run Stone

Terms: NET 30

| Date | Frt Bill No | Dump Loc | Truck | PO Number | Net Weight | Quantity | Units | Rate | Amount |
|------|-------------|----------|-------|-----------|-----------|----------|-------|------|--------|
| 10/20/16 | 8552618 | | SW19 | | | 20.180 | Tons | 23.0000 | 464.14 |
| | | PROCESSED PIT | | | | | | | |
| | | | Sub Total | | | 20.180 | Tons | | 464.14 |
| | | | Cabarrus NC | | | 464.140 | | 7.0000 | 32.48 |

| 24.61 / Ton | | | | | | | Please Pay This Amount | 496.62 |
|---|---|---|---|---|---|---|---|---|

Page: 1



**Stevenson-Weir Inc.**

1523 South Anderson Rd, Rock Hill, SC 29730
Phone: 803.328.3773

Date: 11/04/16
Invoice No: 0308120
Account No:  39

Job: 001447-0007  MCCORKLE

McCorkle Concrete (M)
11301 REAMES RD
CHARLOTTE, NC 28269

To: WHISPERING HILLS
704-494-0174
LOCUST, NC

Commodity: Crusher Run Stone

Terms: NET 30

| Date | Frt Bill No | Dump Loc | Truck | PO Number | Net Weight | Quantity | Units | Rate | Amount |
|------|-------------|----------|-------|-----------|------------|----------|-------|------|--------|
| 11/04/16 | 1060264 | LOT 62 ABC-S | SW26 | | | 20.590 | Tons | 23.0000 | 473.58 |
| | | | | Sub Total | | 20.590 | Tons | | 473.58 |
| | | | | Cabarrus NC | | 473.580 | | 7.0000 | 33.15 |
| | 24.61 / Ton | | | | | | Please Pay This Amount | | 506.73 |

035415

Page: 1



**Stevenson-Weir Inc.**

1523 South Anderson Rd, Rock Hill, SC 29730
Phone: 803.328.3773

Date: 11/08/16
Invoice No: 0308182
Account No: .39
Job: 001447-0007   MCCORKLE

McCorkle Concrete (M)
11301 REAMES RD
CHARLOTTE, NC 28269

To: WHISPERING HILLS
704-494-0174
LOCUST, NC

Commodity: Crusher Run Stone

Terms: NET 30

| Date | Frt Bill No | Dump Loc | Truck | PO Number | Net Weight | Quantity | Units | Rate | Amount |
|------|-------------|----------|-------|-----------|------------|----------|-------|------|--------|
| 11/08/16 | 206479 | LOT 61 | SW19 | | | 20.480 | Tons | 23.0000 | 471.04 |
| | | FILL MATERIAL | | | | | | | |
| | | Sub Total | | | | 20.480 | Tons | | 471.04 |
| | | Cabarrus NC | | | | 471.040 | | 7.0000 | 32.97 |

24.61 / Ton

Please Pay This Amount    504.01

BBS415



**Stevenson-Weir Inc.**

1523 South Anderson Rd, Rock Hill, SC 29730
Phone: 803.328.3773

Page: 1

Date: 11/08/16
Invoice No: 0308183
Account No: '39

Job: 001447-0010   VARIOUS PIT

McCorkle Concrete (M)
11301 REAMES RD
CHARLOTTE, NC 28269

To; THE FALLS

Commodity: Crusher Run Stone

Terms: NET 30

| Date | Frt Bill No | Dump Loc | Truck | PO Number | Net Weight | Quantity | Units | Rate | Amount |
|------|-------------|----------|-------|-----------|-----------|----------|-------|------|--------|
| 11/08/16 | 8164964 | LOT 123 3/4ROC | SW7 | | | 18.860 | Tons | 20.0000 | 377.20 |
| 11/08/16 | 8164966 | LOT 124 3/4ROC | SW26 | | | 17.700 | Tons | 20.0000 | 354.00 |
| 11/08/16 | 8554823 | LOT 128 PROCESSED PIT | SW26 | | | 19.850 | Tons | 20.0000 | 397.01 |
| 11/08/16 | 8554836 | LOT 125 PROCESSED PIT | SW7 | | | 20.510 | Tons | 20.0000 | 410.21 |
| | | Sub Total | | | | 76.920 | Tons | | 1,538.42 |
| | | Cabarrus NC | | | | 1,538.420 | | 7.0000 | 107.68 |

| 21.40 / Ton | | | | | Please Pay This Amount | 1,646.10 |

085415



**Stevenson-Weir Inc.**

1523 S. Anderson Rd
Rock Hill, SC 29730

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/15/2016 | 213255 |

| Bill To |
|---------|
| MCCORKLE CONCRETE  (M)<br>ERIC MCCORKLE<br>11301 REAMES RD<br>CHARLOTTE, NC 28269 |

| Ship To |
|---------|
| 5017 SHADYSIDE CT |

| Terms | P.O. No. |
|-------|----------|
| Net 30 | |

| Ticket# | Qty | Item | Description | Price Per | Amount |
|---------|-----|------|-------------|-----------|--------|
| | 8 | 35BD | 3500 BLENDED DRIVEWAY (Ticket: 51577) | 116.00 | 928.00T |
| | 3 | 35BD | 3500 BLENDED DRIVEWAY (Ticket: 51578) | 116.00 | 348.00T |

Thank you for your business.

| Subtotal | $1,276.00 |
|----------|-----------|
| Sales Tax (7.25%) | $92.51 |
| Total | $1,368.51 |

| E-mail |
|--------|
| treva@stevenson-weir.com |

| Phone # | Fax # |
|---------|-------|
| 803-328-3773 | 803-327-5822 |

Customer Signature