IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DIVISION OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| MCCORKLE CONCRETE, INC., ) | |
| ) | Case No. 16-30820 |
| EIN No.: 26-0171024 ) | |
| ) | |
| Debtor. ) | |
| _____) | |

**RESPONSE TO OBJECTION TO CLAIM**

NOW COMES The Rowboat Company, Inc., by and through counsel, responding to the Trustee's Objection to its Claim #34 and prays that the Trustee's Objection be denied and shows unto the Court that a portion of the amounts due in the sum of $27,263.80 should be classified as an administrative expense with $15,081.90 as a general unsecured expense.

WHEREFORE, having responded to the Trustee's Objection to Claim #34, The Rowboat Company, Inc. prays that the Objection be denied; that the claim of The Rowboat Company, Inc. as previously filed be allowed; that a hearing be held in this matter and for such other and further relief as the Court may deem just and proper.

Submitted this 7th day of July, 2017.

                CRANFORD, BUCKLEY, SCHULTZE, TOMCHIN,
                ALLEN AND BUIE, P.A.

      By:    *s/R. Gregory Tomchin*
                  R. Gregory Tomchin
                  Attorney for The Rowboat Company
                  7257 Pineville-Matthews Road, Ste. 2100
                  Charlotte, NC  28226
                  (704) 442-1010

CERTIFICATE OF SERVICE

    I, R. Gregory Tomchin, do hereby certify that the foregoing *Response to Objection to Claim* was served upon all parties of record either via CM/ECF, electronic mail or by mailing a copy thereof to their counsel of record at the addresses indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service in Charlotte, North Carolina, on the 7th of July, 2017.

                CRANFORD, BUCKLEY, SCHULTZE, TOMCHIN,
                ALLEN AND BUIE, P.A.

        By:    *s/R. Gregory Tomchin*
                  R. Gregory Tomchin
                  Attorney for The Rowboat Company, Inc.
                  7257 Pineville-Matthews Road, Ste. 2100
                  Charlotte, NC  28226
                  (704) 442-1010

*SERVED VIA CM/ECF:*

**Anna S. Gorman**
agorman@grierlaw.com

**Anna Cotten Wright**
cwright@grierlaw.com

**James H. Henderson**
henderson@title11.com

**Holmes P. Harden**
hharden@williamsmullen.com

*SERVED ELECTRONIC MAIL*
**Bankruptcy Administrator**
*Linda_simpson@ncwba.uscourts.gov*


*SERVED VIA US POSTAL SERVICE*
**U.S. Bankruptcy Administrator Office**
402 W. Trade Street
Suite 200
Charlotte, NC 28202-1669

**McCorkle Concrete, Inc.**
612 West Main Avenue
Gastonia, NC 28052